IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     NO. 4:07CR00194-01 JLH

JAMES ANTHONY NASH     DEFENDANT

**ORDER**

On October 10, 2007, defendant James Anthony Nash filed a Motion for Determination of Competence. Without objection, the motion is GRANTED. Docket #16.

IT IS THEREFORE ORDERED:

(1) That, pursuant to 18 U.S.C. 4247(b) and (c), James Anthony Nash shall be remanded to the custody of the Attorney General or his authorized representative for a period not to exceed forty-five (45) days for a psychiatric examination pursuant to 18 U.S.C. §§ 4241 and 4242.

(2) That, pursuant to 18 U.S.C. § 4247(c), the person conducting the examination must file a report with this Court with copies to counsel for the United States and for the defendant. The United States is represented by Assistant United States Attorney Patricia Sievers Harris, Post Office Box 1229, Little Rock, Arkansas, 72203. Defendant is represented by R. Brannon Sloan, Dodds, Kidd & Ryan, 313 West Second Street, Little Rock, Arkansas 72201-2481.

Any delay occasioned by the examination ordered herein shall be excludable under the provisions of the Speedy Trial Act as provided by 18 U.S.C. § 3161(h)(1)(A) and (H). Subsection (H) excludes the delay resulting from transportation to and from places of examination "except that any time consumed in excess of ten days from the date [of] . . . an order or an order directing such transportation, and the defendant's arrival at the destination shall be presumed to be unreasonable."

IT IS SO ORDERED this 25th day of October, 2007.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE