**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                       NO. 4:07CR00194 JLH

JAMES ANTHONY NASH                                                                    DEFENDANT

**ORDER**

On the 14th day of March, 2008, the Court conducted a competency hearing pursuant to 18 U.S.C. § 4241 and 18 U.S.C. § 4247(d). James Anthony Nash appeared in person and with his lawyer, Robert Brannon Sloan, Jr. The government was represented by Assistant United States Attorney Patricia Sievers Harris. Without objection, the Court received into evidence the forensic evaluation by a forensic psychologist at the Federal Detention Center in Miami, Florida, dated March 6, 2008, filed under seal as Document #30. Nash also testified on his own behalf.

The Court finds from a preponderance of the evidence that James Anthony Nash is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and is unable to assist properly in his defense. Therefore, pursuant to 18 U.S.C. § 4241(d), James Anthony Nash is committed to the custody of the Attorney General. The Attorney General shall hospitalize James Anthony Nash for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward. In the event that it is determined that there is a substantial probability that in the foreseeable future James Anthony Nash will attain the capacity to permit the proceedings to go forward, he may be

hospitalized for an additional reasonable period of time until either his mental condition is so improved that trial may proceed or the pending charges against him are disposed of according to law, whichever is earlier. The Court orders that, before the four months expire, the director of the facility in which James Anthony Nash is hospitalized inform the Court by letter, with a copy to Nash's attorney, Robert Brannon Sloan, Jr., and the Assistant United States Attorney, Patricia Sievers Harris, explaining whether there is a substantial probability that within an additional reasonable period of time Nash will attain the capacity to permit the proceedings to go forward. If it is determined that there is a reasonable probability that Nash will attain the capacity to permit the proceedings to go forward, the Court will then order that Nash be hospitalized for an additional period of time.

When the director of the facility in which Nash is hospitalized determines that he has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense, he must promptly file a certificate to that effect with the Clerk of the Court. The Clerk will send a copy of the certificate to the defendant's counsel and to the attorney for the government. The Court will then conduct a hearing pursuant to 18 U.S.C. § 4247(d) to determine the competency of the defendant.

IT IS SO ORDERED this 14th day of March, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE